**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-043-RJC-DCK**

| | |
|---|---|
| SHENE BLEDSOE,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>TRANS UNION, LLC,  EQUIFAX   )<br>INFORMATION SERVICES, LLC,   )<br>GENERAL MOTORS FINANCIAL   )<br>COMPANY, INC.,  FIRST PREMIER BANK,   )<br>and  UTAH HIGHER EDUCATION   )<br>ASSISTANCE AUTHORITY,   )<br>   )<br>   Defendants.   )<br>   ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Trans Union LLC's Motion To Dismiss Plaintiff's Complaint" (Document No. 24) filed May 14, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny Trans Union's initial motion to dismiss.

"Defendant Trans Union LLC's First Amended Motion To Dismiss Plaintiff's Complaint" (Document No. 31) was filed on June 4, 2018. Defendant Trans Union contends that its amended motion to dismiss was timely filed pursuant to Fed.R.Civ.P. 15(a)(1)(A), within twenty-one (21) days of its original motion to dismiss. (Document No. 31, p. 1). Because Defendant Trans Union, LLC has filed an amended motion to dismiss that supersedes its original motion to dismiss, the undersigned finds good cause to deny the original motion as moot.

**IT IS, THEREFORE, ORDERED** that "Defendant Trans Union LLC's Motion To Dismiss Plaintiff's Complaint" (Document No. 24) is **DENIED AS MOOT**. Plaintiff shall file a

response to "Defendant Trans Union LLC's First Amended Motion To Dismiss Plaintiff's Complaint" (Document No. 31) on or before **June 20, 2018**.

**SO ORDERED**.

Signed: June 5, 2018

David C. Keesler
United States Magistrate Judge