IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil No. 3:18-cv-00043-RJC-DCK

| | |
|---|---|
| SHENE BLEDSOE,<br><br>        Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, GENERAL MOTORS FINANCIAL COMPANY, INC., FIRST PREMIER BANK, and UTAH HIGHER EDUCATION ASSISTANCE AUTHORITY,<br><br>        Defendants. | **DEFENDANT TRANS UNION LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendant Trans Union LLC ("Trans Union") files this Motion to Dismiss Plaintiff's First Amended Complaint ("Complaint") pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), and moves the Court to dismiss Plaintiff Shene Bledsoe's Complaint on the grounds that, (1) Plaintiff fails to allege facts sufficient to support a claim for relief, and (2) Plaintiff has failed to allege facts sufficient to establish subject matter jurisdiction. Trans Union's Motion to Dismiss Plaintiff's First Amended Complaint is timely pursuant to FRCP 15(a)(1)(A) as it is filed within 14 days of Plaintiff's First Amended Complaint. *See* Dkt. 44.

For the reasons set forth in Trans Union's accompanying Brief in Support, Trans Union respectfully requests that this Court grant Trans Union's Motion and dismiss Plaintiff's First Amended Complaint with prejudice pursuant to Rules 12(b)(6) and 12(b)(1), and for such other and further relief, both general and specific, at law and in equity, to which it may show itself justly entitled.

*/s/ Robert C. deRosset*
**ROBERT C. deROSSET**
N.C. State Bar No. 27656
**YOUNG, MOORE & HENDERSON, P.A.**
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27622
(919) 782-6860
(919) 782-6753 Fax
bob.derosset@youngmoorelaw.com
*Counsel for Trans Union LLC*

## CERTIFICATE OF SERVICE

This is to certify that on January 4, 2019, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

| | |
|---|---|
| Patrick Lee Blair<br>patblair@hotmail.com<br>Law Office of Patrick Blair<br>5401 Red Fox Drive<br>Oak Ridge, NC 27310<br>(310) 422-0543<br>***Counsel for Plaintiff*** | Bradley Jason Lingo<br>blingo@kslaw.com<br>King & Spalding LLP<br>300 South Tyron Street, Suite 1700<br>Charlotte, NC 28202<br>(704) 503-2573<br>(704) 503-2622 Fax<br>***Counsel for Equifax Information Services, LLC*** |
| Caren D. Enloe<br>cenloe@smithdebnamlaw.com<br>Smith Debnam Narron Drake Saintsing & Myers, LLP<br>PO Box 26268<br>Raleigh, NC 27611<br>(919) 250-2000<br>(919) 250-2211 Fax<br>***Counsel for First Premier Bank*** | Meb W. Anderson<br>mebanderson@agutah.com<br>Utah Attorney General's Office<br>160 E. 300 Street<br>Salt Lake City, UT 84114<br>(801) 366-0100<br>(801) 366-0101 Fax<br>***Counsel for Utah Higher Education Assistance Authority*** |

                                    */s/ Robert C. deRosset*
                                    **ROBERT C. deROSSET**
                                    N.C. State Bar No. 27656
                                    **YOUNG, MOORE & HENDERSON, P.A.**
                                    3101 Glenwood Avenue, Suite 200
                                    Raleigh, NC 27622
                                    (919) 782-6860
                                    (919) 782-6753 Fax
                                    bob.derosset@youngmoorelaw.com
                                    ***Counsel for Trans Union LLC***