# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-043-RJC-DCK

| | |
|---|---|
| SHENE BLEDSOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TRANS UNION, LLC, EQUIFAX ) | |
| INFORMATION SERVICES, LLC, ) | |
| GENERAL MOTORS FINANCIAL ) | |
| COMPANY, INC., FIRST PREMIER BANK, ) | |
| and UTAH HIGHER EDUCATION ) | |
| ASSISTANCE AUTHORITY, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Trans Union LLC's Unopposed Motion To Stay Discovery" (Document No. 56) filed March 7, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Trans Union LLC's Unopposed Motion To Stay Discovery" (Document No. 56) is **GRANTED**. Discovery in this matter is **STAYED** until "Defendant Trans Union LLC's Motion To Dismiss Plaintiff's First Amended Complaint" (Document No. 46) is decided, or until otherwise ordered by the Court.

Signed: March 8, 2019

David C. Keesler
United States Magistrate Judge