UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-43-RJC-DCK

| | |
|---|---|
| SHENE BLEDSOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| TRANS UNION, LLC et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Defendant Trans Union LLC's Motion to Dismiss Plaintiff's First Amended Complaint, (Doc. No. 46), and the Magistrate Judge's Memorandum and Recommendation ("M&R"), (Doc. No. 60). The parties have not filed objections to the M&R and the time for doing so has expired. Fed. R. Civ. P. 72(b)(2).

## I. BACKGROUND

Plaintiff filed a First Amended Complaint on December 21, 2018. (Doc. No. 44.) Defendant Trans Union LLC filed the instant Motion to Dismiss Plaintiff's First Amended Complaint on January 4, 2019. (Doc. No. 46.) In the M&R, the Magistrate Judge recommended that this Court deny Trans Union LLC's Motion to Dismiss Plaintiff's First Amended Complaint. (Doc. No. 60, at 9.) The Magistrate Judge further recommended that the parties be directed to file stipulations of dismissal as to Defendants Equifax Information Services, LLC and First Premier Bank. (Doc. No. 60, at 9.) The Magistrate Judge advised the parties of their right to file objections

within fourteen days, (Doc. No. 60, at 9); however, no objections were filed within the time allowed.

## II. STANDARD OF REVIEW

The district court may assign dispositive pretrial matters pending before the court to a magistrate judge for "proposed findings of fact and recommendations." 28 U.S.C. § 636(b)(1)(B). The Federal Magistrate Act provides that a district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Id. at § 636(b)(1); Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983). "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

## III. DISCUSSION

As no objection to the M&R has been made, the parties have waived their right to de novo review of any issue covered in the M&R. After review of the M&R and the entire record, the Court determines that the recommendation of the Magistrate Judge is fully consistent with and supported by current law. Therefore, the Court adopts the M&R.

## IV. CONCLUSION

**IT IS THEREFORE ORDERED** that the Magistrate Judge's M&R, (Doc. No. 60), is **ADOPTED**, Defendant Trans Union LLC's Motion to Dismiss Plaintiff's First

Amended Complaint, (Doc. No. 46), is **DENIED**, and the parties are directed to file stipulations of dismissal as to Defendants Equifax Information Services, LLC and First Premier Bank within fourteen days of the date of this Order.

Signed: September 6, 2019

Robert J. Conrad, Jr.
United States District Judge